■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VERNAL F. SEYMOUR, Appellant.— Motion to prosecute appeal as a poor person, and for other relief, denied. An appeal from the judgment of conviction is now pending and the question sought to be raised on *coram nobis* may be raised on the appeal from the judgment of conviction.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD L. SZEWCZYK, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion for leave to appeal to the Court of Appeals from order entered December 7, 1961, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOBBY LEE SAMS, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Application for reargument of motion denied by order entered December 7, 1961, denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LYLE GREEN. (Grover C. Bradstreet, Jr., Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS McDANIEL. (Hilary Bradford, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED McDONALD. (Henry Williams, Jr., Esq.) (D) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD EARL PEALO. (Richard A. Grudzinski, Esq.) (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAM AMATO, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. (Abraham Ziegler, Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH CLOWERS, Appellant. (Nelson R. Barrett, Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN B. DISPENZA, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (Robert Cantwell, Esq.) (H) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MACK JONES, Appellant. (Peter Vinolus, Esq.) (I) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTOPHER COLUMBUS NELSON, JR., Appellant. (DeBanks M. Henward, Jr., Esq.) (J) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD J. STOKES, Appellant. (Arthur G. Baumeister, Esq.) (K) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE E. WELSH, Appellant. (Abraham Ziegler, Esq.) (L) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY CIPOLLA, Appellant. (Robert Manley, Esq.) — [In each action] Motion granted to prosecute appeal on original record, typed briefs, and counsel assigned.

■ (A) EDWARD HACKEMER, Appellant, v. JAMES R. KELLEHER, Individually and as Administrator of the Estate of IDA R. HACKEMER, Deceased et al., Respondents. (B) In the Matter of the Estate of ROBERT McLUSKY, Deceased.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LEON PAUL, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. H. GLYN SEES, JR., Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP GUERETTE, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD MELVIN, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. TARPLEY, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— [In each action] Motion to prosecute appeal as poor person, and for other relief, denied.

■ In the Matter of the Estate of ELIZABETH E. DICKMAN, Deceased.— Motion to dismiss appeal denied, without prejudice to renew upon argument of the appeal.